# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137249

In re LAURENCE GEE ROBBINS, JR.
and BRAIN JAMAL ROBBINS, Minors.

_____/

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

DEONNA I. SANDERS,
   Respondent-Appellant,

and

LAURENCE ROBBINS,
   Respondent.

_____/

SC: 137249
COA: 284790
Wayne Circuit Family
Division: 04-437255-NA

   On order of the Court, the application for leave to appeal the May 1, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the May 1 and August 13, 2008 orders of the Court of Appeals and we REMAND this case to the Court of Appeals for reinstatement of the respondent-mother's claim of appeal. The record does not demonstrate that the family court substantially complied with the court rules governing termination of the respondent-mother's parental rights and notice of appellate rights.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008

             Clerk

d1008